IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| P&B Franchise LLC, et al., | No. CV-23-00784-PHX-SMB |
| Plaintiffs, | **ORDER** |
| v. | |
| Andrew R Dawson, | |
| Defendant. | |

  Plaintiff filed a Notice of Voluntary Dismissal (Doc. 48). The "notice" is procedurally inappropriate because Fed. R. Civ. P. 41 only allows a party to file a notice of dismissal before a party serves either an answer or motion for summary judgment. In this case, an answer was filed on June 8, 2023. Therefore, Plaintiff's should have filed a motion. Nevertheless, Defendant filed an objection to the notice (Doc. 49) and Plaintiff then filed a reply (Doc. 50). Defendant does not object to the case being dismissed but argues that the dismissal should be with prejudice. Defendant argues that the timing of the motion is suspect in light of recent deposition testimony and a discovery dispute. However, defendant provides no analysis or case law as to how that should affect the Court's decision. Defendant also states that he recently discovered evidence that may provide grounds for a counterclaim. Nevertheless, no counterclaim has been filed. Plaintiff requests that the Court dismiss the case without prejudice because she wishes to avoid expensive expert expenses. Overall, the Court finds no reasons to dismiss this case with prejudice and will grant Plaintiff's request. However, it is clear that this case arose

out of a contentious divorce proceeding and Defendant should not have to face another battle on these same issues without good cause. Therefore, if Plaintiff were to seek to reopen this case, the request to reopen must be made in this Court.

**IT IS ORDERED** dismissing this case without prejudice.

**IT IS FURTHER ORDERED** that any new case filed by Plaintiff on these same facts must be filed with this Court and be made by motion to re-open.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this case.

Dated this 1st day of May, 2024.

_____
Honorable Susan M. Brnovich
United States District Judge